IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-CV-14-D

| | |
|---|---|
| ANGELA FELTON, and ARTHUR FELTON, <br><br> Plaintiffs, <br><br> v. <br><br> ALBEMARLE REGIONAL HEALTH SERVICES, et al., <br><br> Defendants. | **ORDER** |

On April 27, 2020, Albemarle Regional Health Services ("ARHS" or "defendant") moved to dismiss plaintiffs' complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure [D.E. 26] and filed a memorandum in support [D.E. 27]. ARHS argues that plaintiffs' complaint fails to state a claim upon which relief can be granted. See [D.E. 27] 2–7. On May 1, 2020, plaintiffs responded in opposition [D.E. 29]. On May 4, 2020, ARHS replied [D.E. 30].

The court has considered the entire record and governing law. The court GRANTS defendant's motion to dismiss [D.E. 26]. See [D.E. 27] 2–7. Plaintiffs' complaint is DISMISSED WITHOUT PREJUDICE.

SO ORDERED. This 6 day of May 2020.

JAMES C. DEVER III
United States District Judge