UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA FELTON and ARTHUR FELTON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> ALBEMARLE REGIONAL HEALTH ) <br> SERVICES, JOSH H. STEIN, AUGUSTUS B. ) <br> ELKINS, and DONALD W. OVERBY, ) <br> ) <br> Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 2:20-CV-14-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 26]. See [D.E. 27] 2-7. The court GRANTS THE State defendants' motion to dismiss [D.E. 15]. See [D.E. 16] 4-19. Plaintiffs' complaint is DISMISSED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on May 6, 2020, and Copies To:**

| | |
|---|---|
| Angela Felton | (via CM/ECF electronic notification) |
| Arthur Felton | (Sent to 931 Halls Creek Road Elizabeth City, NC 27909 via US Mail) |
| James R. Morgan, Jr. | (via CM/ECF electronic notification) |
| Joseph Finarelli | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| May 6, 2020 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |