IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-CV-14-D

ANGELA FELTON, )
and ARTHUR FELTON, )
 )
        Plaintiffs, )
 )
v. ) **ORDER**
 )
ALBEMARLE REGIONAL )
HEALTH SERVICES, et al., )
 )
        Defendants. )

On July 27, 2020, Angela Felton and Arthur Felton ("plaintiffs") moved to correct clerical errors. See [D.E. 45]. On July 27, 2020, plaintiffs moved to compel Rule 26(a) disclosures. See [D.E. 46]. On August 31, 2020, United States Magistrate Judge Robert Numbers denied as futile plaintiffs' motion to amend their complaint. See [D.E. 49]. On October 5, November 10, and November 30, 2020, plaintiffs moved to provide additional information to the court. See [D.E. 51, 52, 53].

Plaintiffs did not timely object to Judge Numbers's order of August 31, 2020. Thus, plaintiffs cannot assign as error the denial of their motion to amend. See Fed. R. Civ. P. 72(a). The court DENIES as baseless plaintiffs' remaining motions [D.E. 45, 46, 51, 52, 53].

SO ORDERED. This 29 day of December 2020.

                                                    JAMES C. DEVER III
                                                    United States District Judge