IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-CV-14-D

ANGELA FELTON )
and ARTHUR FELTON, )
 )
Plaintiffs, )
 )
v. ) ORDER
 )
ALBEMARLE REGIONAL )
HEALTH SERVICES, et al., )
 )
Defendants. )

On May 6, 2020, this court dismissed Angela Felton and Arthur Felton's ("Feltons" or "plaintiffs") claims and closed the case. See [D.E. 34]. On July 27, 2020, the Feltons moved to correct clerical errors. See [D.E. 45]. The same day, the Feltons moved to compel Rule 26(a) disclosures. See [D.E. 46]. On August 31, 2020, United States Magistrate Judge Robert T. Numbers, II denied as futile the Feltons's motion to amend their complaint. See [D.E. 49]. On October 5, November 10, and November 30, 2020, the Feltons moved to provide additional information to the court. See [D.E. 51, 52, 53]. On December 29, 2020, this court denied the Feltons's motion to amend, and denied the Feltons's remaining motions as baseless [D.E. 54]. The Feltons did not appeal. On April 21, 2021, the Feltons filed a motion for relief [D.E. 55].

To the extent the Feltons seek reconsideration under Federal Rule of Civil Procedure 59, the motion is untimely. See Fed. R. Civ. P. 59(e); cf. Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995).

To the extent the Feltons seek relief under Federal Rule of Civil Procedure 60(b), the court denies the motion as baseless. See Fed. R. Civ. P. 60(b); Aikens v. Ingram, 652 F.3d 496, 500–01 & n.3 (4th Cir. 2011) (en banc); Robinson v. Wix Filtration Corp., 599 F.3d 403, 412 n.12 (4th Cir. 2010); Nat'l Credit Union Admin. Bd. v. Gray, 1 F.3d 262, 264 (4th Cir. 1993); cf. Luxama v. McHugh, 675 F. App'x 272, 273 (4th Cir. 2017) (per curiam) (unpublished).

The court DENIES plaintiffs' motion for relief [D.E. 55] as baseless. The case remains closed.

SO ORDERED. This 7 day of June 2021.

JAMES C. DEVER III
United States District Judge